

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK HENDERSON, CALVIN CROUCH, and JEFFREY RICHARDS, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO. (USA), INC., a Delaware corporation; SIERRA ALUMINUM COMPANY, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Lead Case No. 5:24-cv-00595-MWC-SHK<br>Consolidated Case No. 2:24-cv-10542-MWC-SHK<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT  [JS-6]**<br><br>Place:        Courtroom 6<br><br>Complaint Filed: February 8, 2024<br>Trial Date:      None<br>District Judge:  Hon. Michelle Williams Court<br>                 Courtroom 6, 1st Street<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br>                  Courtroom 3 or 4, Riverside |

The Court, having read and considered the parties' Joint Notice of Settlement and Stipulation to Remand to State Court (Dkt. # 91), finding good cause therefor, **HEREBY REMANDS** this action to Los Angeles County Superior Court. This Order closes the case. [JS-6]

**IT IS SO ORDERED.**

Dated:  November 3, 2025

_____
Hon. Michelle Williams Court
United States District Court Judge